IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN JOHNSON,

        Plaintiff,

vs.

SWIFT TRANSPORTATION CO.
OF ARIZON, LLC, *et al.*,

        Defendants.

Case No.: 3:10-CV-352

Judge Timothy S. Black

## CONDITIONAL ORDER OF DISMISSAL

The Court having been notified by counsel that this case settled on June 10, 2013;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 6/11/13

Timothy S. Black
United States District Judge